CLOSED

[MC3526]
COHEN, LEDER, MONTALBANO & GROSSMAN, LLC
1700 Galloping Hill Road
Kenilworth, New Jersey 07033
(908) 298-8800
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| TEAMSTERS LOCAL NO. 945 PENSION FUND, | Civil Action Case No. 2:10-CV-03182 (DMC)(JAD) |
| Plaintiff, | |
| v. | |
| CITY CARTING, CO. INC., | **ORDER FOR ENTRY OF DEFAULT JUDGMENT** |
| Defendant. | |

This action was considered, pursuant to Rule 78 of the Federal Rules of Civil Procedure, on January 18, 2011 on motion of the Plaintiff for default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. Plaintiff's Complaint was filed on June 22, 2010. The Summons and Complaint were duly served on representatives of Defendant as required by law on August 11, 2010 and August 12, 2010. The Defendant has failed to appear and/or answer the Complaint, and the time to appear in this case and answer Plaintiff's Complaint has expired. It further appears that default was entered by the Clerk against the Defendant on September 22, 2010 and that no proceedings have taken place by Defendant since the entry of its default..

The Court having considered the Motion filed, the Affidavits and Certification that have been filed, and this Court finding that the Plaintiff is entitled to collect the Pension Fund's withdrawal

liability assessment with interest, liquidated damages, attorney's fees and costs and for other good cause shown; therefore,

IT IS ON THIS 31st day of MARCH, 2011

**ORDERED** that Plaintiff's motion for the entry of default judgment against the Defendant is and the same is hereby granted; and it is further

**ORDERED AND ADJUDGED** that Judgment is entered in favor of the Plaintiff, the Teamsters Local No. 945 Pension Fund and against Defendant, CITY CARTING, CO. INC. in the sum of $63,622.44 representing the withdrawal liability assessment, interest, liquidated damages attorney's fees and costs. The Plaintiff Pension Fund is also awarded post-judgment interest on this part of the judgment.

_____
HONORABLE DENNIS A. CAVANAUGH
UNITED STATES DISTRICT JUDGE